Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

In the Matter of the Estate of WILLIAM ABRIAL, Deceased. ALOYSIUS W. McDONALD et al., Appellants; WILLIAM E. J. CONNOR, Respondent.—

Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

REBECCA M. CRAFT, Respondent, v. KATIE G. SANFORD et al., Appellants.—

Judgment unanimously affirmed, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *post,* pp. 1122, 1138.]